**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 99-1409

_____

CHARLES B. PERRY,

Petitioner,

versus

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PRO-
GRAMS, UNITED STATES DEPARTMENT OF LABOR;
CANNELTON INDUSTRIES, INCORPORATED,

Respondents.

_____

On Petition for Review of an Order of the Benefits Review Board.
(98-0524-BLA)

_____

Submitted: August 5, 1999          Decided: August 10, 1999

_____

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Charles B. Perry, Petitioner Pro Se.  Steven D. Breeskin, Deputy
Commissioner, Christian P. Barber, Sarah Marie Hurley, UNITED
STATES DEPARTMENT OF LABOR, Washington, D.C.; Paul Edwin Frampton,
BOWLES, RICE, MCDAVID, GRAFF & LOVE, Fairmont, West Virginia, for
Respondents.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles Perry seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1986 & Supp. 1999). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. See Perry v. Cannelton Industries, No. 98-0524-BLA (Mar. 19, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2